JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8451 MELROSE PROPERTY, LLC, a California limited liability company,<br><br>Appellant,<br><br>v.<br><br>RAMESH AKHTARZAD and SINA AKHTARZAD,<br><br>Appellees. | Case No.: 2:23-cv-07500 AB<br><br>**ORDER DISMISSING APPEAL**<br><br>No Hearing Required |

The Court, having considered the parties' Stipulation re Dismissal of Appeal and finding good cause therefor, hereby **ORDERS** as follows:

1. The Stipulation is approved.

2. The above captioned bankruptcy appeal is dismissed.

3. Each party shall bear its own costs and fees on appeal.

**IT IS SO ORDERED.**

Dated: October 13, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.